# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE M. G.,[1]<br><br>    Plaintiff,<br><br>  v.<br><br>MICHELLE KING,[2]<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:23-cv-09056-MAR<br><br>JUDGMENT |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

DATED:  February 13, 2025

MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Michelle King became Acting Commissioner of Social Security on January 20, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted as the Defendant herein.